COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



|  | § |  |
|---|---|---|
| GRETCHEN VANCE, | | No. 08-20-00167-CV |
| Appellant, | § | |
| | | Appeal from the |
| v. | § | |
| | | 419th District Court |
| HURST JOINT VENTURE LP D/B/A | § | |
| CROSSWATER YACHT CLUB, SUNTEX | | of Travis County, Texas |
| VENTURES LLC, AND SUNTEX | § | |
| MARINA INVESTORS LLC, | | (TC# D-1-GN-19-002801) |
| | § | |
| Appellees. | § | |

## **O R D E R**

The Court GRANTS the Appellees' third motion for extension of time within which to file the brief until January 26, 2021. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLEES' BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ordered that the Hon. Sean M. Higgins, the Appellees' attorney, prepare the Appellees' Brief and forward the same to this Court on or before January 26, 2021.

IT IS SO ORDERED this 29th day of December, 2020.

PER CURIAM

Before Alley, C.J., Rodriguez and Palafox, JJ.